# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EMMA J. COLE
LEGAL ASSISTANT

June 15, 2021

**By ECF**

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

  Re: *United States v. Caputo, et al.*, S1 20 Cr. 645 (PAE)

Dear Judge Engelmayer:

  This letter is respectfully submitted on behalf of defendants Thomas Caputo, John Nugent, Joseph Balestra and Frank Pizzona to request that the Court extend the deadline to file pretrial motions in reference to the above-captioned matter due on June 21, 2021, by 2-weeks to permit counsel to discuss proposed dispositions that would alleviate the need for motion practice.

  Following consultation with Government counsel, the following motion schedule is proposed:

    Defendants' Pretrial Motions due: July 6, 2021

    Government Opposition due: July 27, 2021

    Defendants' Reply Motions due: August 3, 2021

The defendants' reply motions due August 3, 2021 and the status conference scheduled for August 5, 2021 would remain unchanged.

  Thank you for your courtesy and consideration.

            Respectfully submitted,

            _____/s/_____

            James Kousouros, Esq.

c.c.

Aline Flodr
Thomas McKay

Paul Monteleoni
Assistant United States Attorneys

Counsel of Record, Esq.

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 63.

6/15/2021

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge