# JAMES KOUSOUROS
## ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EMMA J. COLE
LEGAL ASSISTANT

May 26, 2021

**By ECF**

Hon. Paul Engelmayer
United States District Judge
Thurgood Marshall
40 Foley Square
New York, NY 10007

Re: *United States v. Thomas Caputo*, S1 20 Cr. 645 (PAE)

Dear Judge Engelmayer,

This letter is respectfully submitted to request that the Court issue an Order modifying Thomas Caputo's bail conditions which limit his travel to the Eastern and Southern Districts of New York. We ask that Mr. Caputo be permitted to travel to Florida, with the approval of Pretrial Services once he has provided all necessary information to Pretrial, including his itinerary and address at which he will be staying while there. Mr. Caputo's daughter has recently moved to Florida to attend university, and Mr. Caputo would like to travel to visit her periodically.

Request is also respectfully made for Mr. Caputo to travel to New Jersey from July 16, 2021 to July 18, 2021 to attend a wedding. Mr. Caputo would stay at the Renault Resort, 72 Breman Avenue, Egg Harbor City, NJ 08215.

Pretrial Services Officer Marnie Gerardino and Assistant United States Attorney Thomas McKay have been consulted and have no objection to the instant requests.

Thank you for your courtesy and consideration.

Respectfully submitted,

_____/s/_____

James Kousouros, Esq.

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 60.

6/21/2021

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge