# JAMES KOUSOUROS
ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EMMA J. COLE
LEGAL ASSISTANT

July 14, 2021

**By ECF**

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Caputo, et al.*, S1 20 Cr. 645 (PAE)

Dear Judge Engelmayer:

    We write to respectfully request that the change of plea conference for Thomas Caputo be adjourned until a date in the third week of August except August 16, 2021, or to a date thereafter convenient for the Court.

    We are currently obtaining and reviewing all relevant documentation concerning Mr. Caputo's pension and require the additional time to finalize our analysis.

    The Government has no objection to this request.

    Thank you for your courtesy and consideration.

        Respectfully submitted,

        _____/s/_____

        James Kousouros, Esq.

**GRANTED**. The change of plea hearing is adjourned to August 26, 2021 at 2:30 p.m. Time is excluded, pursuant to 18 U.S.C. 3161(h)(7)(A), until August 26, 2021. The Clerk of Court is requested to terminate the motion at Dkt. No. 74.

7/15/2021

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge