UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
        -v- :    20-CR-645-01 (PAE)
:
THOMAS CAPUTO, :    <u>SCHEDULING ORDER</u>
:
        Defendant. :
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

    The Court schedules a change of plea hearing in this case for **August 26, 2021** at **2:30 p.m.** in **Coutroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  For the safety of all involved, the Court requests that members of the public who wish to attend this conference use the following dial in information to access the conference; call 888-363-4749 and use access code 468-4906.

    SO ORDERED.

                                                                                                 PAUL A. ENGELMAYER
Dated: August 24, 2021                                               United States District Judge
       New York, New York