# JAMES KOUSOUROS
ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

RIKI GHOSH
SENIOR COUNSEL

EMMA J. COLE
LEGAL ASSISTANT

November 19, 2021

**By ECF**

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    *United States v. Caputo, et al.*, S1 20 Cr. 645 (PAE)

Dear Judge Engelmayer:

This letter is respectfully submitted to request an adjournment of the sentencing in the above-captioned matter, currently scheduled for December 9, 2021, for thirty days or to a date convenient for the Court. I have been inundated with two complicated matters, one of which involved travel out of the country and I will again be out of the country next week. I have also been attending to family matters which have required our undivided attention. This adjournment will enable the undersigned to review the final pre-sentence report with my client and prepare our sentencing memorandum. I have conferred with counsel for the Government and the Government has no objection to this request.

Thank you for your courtesy and consideration.

Respectfully submitted,

_____/s/_____

James Kousouros, Esq.

**GRANTED.** Sentencing is adjourned to February 4, 2021 at 2:30 p.m. The parties are to submit their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 119.

11/22/2021

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge